# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 24 2015
ARTHUR JOHNSTON
BY _____ DEPUTY

**UNITED STATES OF AMERICA,**
**Petitioner**

v.  Civil Action No. 3:15-mc-829 CWR-LRA

**ROBERT L. ARCHER,**
**Respondent**

## ORDER TO APPEAR AND SHOW CAUSE

Upon the petition, the exhibit(s) attached thereto, the declaration of Anthony M. Ware of the Internal Revenue Service, and upon the motion of Honorable Gregory K. Davis, United States Attorney for the Southern District of Mississippi,

IT IS ORDERED that respondent, Robert L. Archer, appear before the United States District Court for the Southern District of Mississippi presided over by the undersigned, in Courtroom 6-D at the Jackson Federal Courthouse, 501 E. Court Street, Jackson, MS, on the 6th day of January, 2016, at 10:00 a.m., to show cause why respondent should not be compelled to obey the Internal Revenue Service summons served upon respondent on April 30, 2015.

IT IS FURTHER ORDERED that a copy of this Order, together with the petition and exhibit(s) thereto, be personally served on Robert L. Archer, by an official of the Internal Revenue Service within thirty (30) days of the date of this Order.

IT IS FURTHER ORDERED that within 5 days of service of copies of this Order, the petition and exhibit(s), the respondent shall file and serve a written response to the petition, supported by appropriate affidavits, as well as any motions the respondent desires to make. All motions and issues raised by the pleadings will be considered on the return date of this Order.

Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit will be considered at the return of this Order. Any uncontested allegation(s) in the petition shall be considered admitted.

ORDERED this 18th day of November, 2015.

_____
UNITED STATES MAGISTRATE COURT JUDGE