## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                         **PETITIONER**

**V.**                                         **CAUSE NO. 3:15-MC-829-CWR-LRA**

**ROBERT L. ARCHER**                                         **RESPONDENT**

### ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge Linda R. Anderson's Report and Recommendation to enforce the Internal Revenue Service Summons filed on November 17, 2014 by the United States Government on behalf of its agency, Internal Revenue Service (IRS), pursuant to L.R.C. § § 7602 and 7604(a).  Docket No. 4.

The Report and Recommendation notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar that party, except upon grounds of plain error, from further appeal in accordance with 28 U.S.C. § 636 and Fed. R. Civ. P. 72(b). *Id*.

Having received no timely written objections from any party, this Court adopts the Report and Recommendation as its own Order.  Accordingly, the respondent is ordered to comply with the IRS Summons served on him on December 3, 2015.

**SO ORDERED,** this the 14th day of April, 2016.

s/ Carlton W. Reeves_____
UNITED STATES DISTRICT JUDGE